**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. SIDESOLVE LLC,<br><br>Plaintiff-Relator,<br><br>v.<br><br>ABC PEST CONTROL OF AUSTIN, INC. n/k/a ABC HOME & COMMERCIAL SERVICES, INC.; ABC PEST & LAWN SERVICES OF SAN ANTONIO, INC.; ABC PEST CONTROL OF COLLEGE STATION, INC.; JENKINS SERVICES, INC.; and ROBERT W. JENKINS, JR.,<br><br>Defendants. | Case No. 5:23-cv-215-DAE |

**PLAINTIFF-RELATOR'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Relator, by and through its counsel, hereby gives notice that all claims in the above-captioned action are voluntarily dismissed as to all named defendants, without prejudice as to Relator and without prejudice as to the United States.

Relator has conferred with the United States concerning this dismissal, which has indicated that it will separately file its own consent.

All parties will bear their own costs.

DATED this 13 day of May, 2026.

Austin Kaplan
Texas Bar No. 24072176
Kaplan Law Firm, PLLC
3901 S Lamar Blvd., Ste. 260
Austin, TX 78704
Telephone: (512) 553-9390
Facsimile: (512) 692-2788
akaplan@kaplanlawatx.com

Jason Marcus
Georgia Bar No. 949698
**Bracker & Marcus LLC**
3355 Lenox Road, Suite 660
Atlanta, Georgia 30326
Telephone: (770) 988-5035
Facsimile: (678) 648-5544
Jason@fcacounsel.com

Attorneys for Plaintiff-Relator

**CERTIFICATE OF SERVICE**

I hereby certify that PLAINTIFF-RELATOR'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE was filed this 4th day of May, 2026 with the Clerk of Court. A copy was provided via electronic mail, with consent, to the following attorneys of record:

*Representing the United States:*
Samuel M. Shapiro
Assistant United States Attorney
U.S. Attorney's Office
601 NW Loop 410, Ste. 600
San Antonio, TX 78216

______________________________
Austin Kaplan